Circuit Court for Anne Arundel County
Case No. 02-K-14-001387

IN THE COURT OF APPEALS

OF MARYLAND

No. 72

September Term, 2019

JOSEPH PATRICK SOULE

v.

STATE OF MARYLAND

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

PER CURIAM ORDER

Filed: March 2, 2020

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

JOSEPH PATRICK SOULE      \*    IN THE

                                     \*    COURT OF APPEALS

          v.                       \*    OF MARYLAND

                                     \*    No. 72

STATE OF MARYLAND        \*    September Term, 2019

# PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this <u>2nd</u> day of March. 2020,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals is vacated and the case is remanded to that Court to consider whether or not the holding in *Kazadi v. State*, No. 11 (September Term, 2019) as revised on March 2, 2020 should be applied in this case and, if so, to reconsider its prior opinion. Costs to be paid by Petitioner.

/s/ Mary Ellen Barbera
Chief Judge
